Thomas Johnson, a Minor, by Mary Johnson, his Grandmother, and Next Friend, Plaintiff-Appellant, v. Hattie Nevenhoven, Defendant-Appellee.

Gen. No. 10,445.

Burrell & Burrell, and Edward J. Sullivan, for appellant; David M. Burrell, of counsel; Bert P. Snow, for appellee. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed July 12, 1951; released for publication August 1, 1951.